## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

HOWARD BODDIE, JR.,

        Plaintiff,         :    Case No. 2:20-cv-1179

  - vs -                    Judge Sarah D. Morrison
                                 Magistrate Judge Chelsey M. Vascura

FRANKLIN COUNTY,
CORRECTIONAL CENTER I      :

        Defendant.

## <u>ORDER</u>

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 16, 2020. (ECF No. 15.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this matter without prejudice pursuant to Rule 41(b) for failure to prosecute. The Court will not assess a filing fee in this matter. The Court **ORDERS** that Plaintiff list 2:20-cv-1179 as a related case should he re-file this action.

     **IT IS SO ORDERED**.

                           /s/ Sarah D. Morrison
                           **SARAH D. MORRISON**
                           **UNITED STATES DISTRICT JUDGE**